**HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1791.**

PERKINS ET AL., ADMINISTRATORS OF WILLIAM PITKIN, ESQ. v. ELIHU KENT, EXECUTOR OF THE LAST WILL AND TESTAMENT OF SAMUEL KENT.

Length of time with other circumstances presumptive evidence that a note is paid.

ACTION on note dated in A. D. 1765, given by said Samuel to said William, for £140 payable on demand, without interest. Plea of full payment, made by said Samuel deceased.   Issue to the jury.

The facts upon the evidence were — That said Samuel died in October A. D. 1772, possessed of a plentiful estate; that said William died in A. D. 1789, near seventeen years after, without ever calling upon the defendant for pay upon said note, or informing him that he had such a note.   Pease and Burbanks testified that at a certain time they heard said Pitkin say, he knew not what said note was given for, and offered it to said Burbanks without any consideration.

The defendant offered to give evidence, that said note was given for an indemnity in a certain case, and that said William had been indemnified; which was objected to, and by the court not admitted; the note must speak for itself.

The jury found a verdict for the defendant, which was

accepted by the court, upon the ground of presumption that said note was satisfied.